UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

BRYAN SAMPSON                                   CIVIL ACTION

VERSUS

RED FROG EVENTS, LLC                 NO.: 17-01671-BAJ-EWD

## RULING AND ORDER

Before the Court is the United States Magistrate Judge's **Report and Recommendation (Doc. 69)** under 28 U.S.C. § 636(b)(1). The Report and Recommendation addresses Plaintiff's Motion to Remand. (Doc. 16). The Magistrate Judge recommends granting Plaintiff's Motion to Remand and denying Plaintiff's request for attorney's fees and costs. (Doc. 69).

The Report and Recommendation notified the parties that, under 28 U.S.C. § 636(b)(1), they had fourteen days from the date they received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 69). Defendants Mary Kreke, Marcus Edwards, and North South Renovations filed objections. (Docs. 72-73).[1] Having carefully considered the underlying matter, and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts the findings of fact, conclusions of law, and recommendation.

#20 JDC- certified

---

[1] Defendants argue that the amount in controversy is met. (Doc. 72 at p. 1).

1

Accordingly,

**IT IS ORDERED** that the **Magistrate Judge's Report and Recommendation, (Doc. 69)**, is **ADOPTED** as the Court's opinion herein.

**IT IS FURTHER ORDERED** that the **Motion to Remand (Doc. 16)** is **GRANTED** and this case is **REMANDED** to the 20th Judicial District Court for the Parish of West Feliciana, State of Louisiana.

**IT IS FURTHER ORDERED** that the **Motion to Dismiss (Doc. 40)** is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that the **Amended Motion to Dismiss (Doc. 49)** is **DENIED AS MOOT**.

Baton Rouge, Louisiana, this 17th day of August, 2018.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA